DAVID E. MASTAGNI (SBN 204244)
ISAAC S. STEVENS (SBN 251245)
ACE T. TATE (SBN 262015)
IAN B. SANGSTER (SBN 287963)
**MASTAGNI HOLSTEDT**
*A Professional Corporation*
1912 I Street
Sacramento, California 95811-3151
Telephone: (916) 446-4692
Facsimile: (916) 447-4614
davidm@mastagni.com
istevens@mastagni.com
atate@mastagni.com

Attorneys for Plaintiffs

MORIN I. JACOB (SBN 204598)
RICHARD C. BOLANOS (SBN 111343)
LISA S. CHARBONNEAU (SBN 245906)
**LIEBERT CASSIDY WHITMORE**
135 Main Street, 7th Floor
San Francisco, CA 94105
Telephone: (707) 778-4362
Facsimile: (707) 206-6040
mjacob@lcwlegal.com
rbolanos@lcwlegal.com
lcharbonneau@lcwlegal.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BURRIS, on behalf of himself and all similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF PETALUMA,<br><br>Defendant. | Case No. 4:18-cv-02102-HSG<br><br>Complaint Filed: April 6, 2018<br><br>**COLLECTIVE ACTION - 29 U.S.C. 216(b)**<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND RE-SETTING CASE MANAGEMENT DATES** |

TO THE COURT AND ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS, this putative collective action was filed on April 6, 2018, asserting Defendant violated the overtime payment provisions of the Fair Labor Standards Act ("FLSA").

WHEREAS, Defendant was served the Summons and Complaint on April 16, 2018;

WHEREAS, pursuant to stipulation, Defendant's response to the Complaint is presently due on or by July 6, 2018 (see Dkt. No. 11);

WHEREAS, the Parties have begun settlement discussions in an effort to resolve this action, which has included the City providing Plaintiffs with payroll records and other information to pertinent to their claims;

WHEREAS, the Parties are working to schedule a settlement conference in July 2018;

WHEREAS, the Parties agree that Defendant should be permitted to file a response to Plaintiff's Complaint no later than August 10, 2018 to enable the Parties to focus their resources on the settlement of this action;

WHEREAS, the Parties agree that the initial Case Management Conference, currently set for July 17, 2018, should be moved to a date subsequent to August 10, 2018 – the proposed date for Defendant to respond to Plaintiff's Complaint; and

WHEREAS, pursuant to Local Rule 6-1(b), the Parties request a Court order extending Defendant's time to respond to the Complaint to August 10, 2018 and moving the initial Case Management Conference and related dates accordingly.

THEREFORE, IT IS HEREBY STIPULATED by the Parties:

1) Defendant's time to file a response to Plaintiff's Complaint shall be August 10, 2018;
2) The initial Case Management Conference is to be held on or after August 28, 2018, as the Court's calendar permits;
3) The Joint Case Management Statement must be filed not less than seven (7) calendar days prior to the Case Management Conference; and
4) The last day for the Parties to meet and confer per Federal Rule of Civil Procedure 26(f) be reset accordingly.

Respectfully Submitted:

Dated: June 27, 2018  **MASTAGNI HOLSTEDT, APC**

By: */s/ David E. Mastagni*
DAVID E. MASTAGNI
ISAAC S. STEVENS
ACE T. TATE
IAN B. SANGSTER
Attorneys for Plaintiff

Dated: June 27, 2018  **LIEBERT CASSIDY WHITMORE**

By: */s/ Morin I. Jacob*
MORIN I. JACOB
RICHARD C. BOLANOS
LISA S. CHARBONNEAU
Attorneys for Defendant

## DECLARATION OF DAVID E. MASTAGNI

I, DAVID E. MASTAGNI, declare as follows:

1. I am an attorney at law duly licensed to practice in the State of California and am specifically admitted to practice before the Northern District of California.

2. I am an attorney of record for Plaintiff in this action and make this declaration within my personal knowledge. If called upon to testify, I could and would testify competently with respect thereto.

3. On June 25, 2018, counsel for the Parties met and conferred and discussed the possibility of scheduling a settlement conference for July 2018. The Parties are currently working to set that date. During this discussion, Defendant requested an extension of time to respond to Plaintiffs' Complaint to provide it more time to investigate Plaintiffs' claims, evaluate the merit thereof, and negotiate settlement, if any, and requested an additional extension to August 10, 2018.

4. In the previous weeks, in furtherance of settlement discussions, Defendant has provided Plaintiffs with payroll records and other requested information pertinent to Plaintiffs' claims in the hopes of settling this matter without further litigation.

5. Prior to this, the Parties stipulated to extend the Defendant's time to respond to Plaintiffs' Complaint from May 7, 2018 to July 6, 2018.

5. This extension, if granted, will impact the currently scheduled Case Management Conference, and related deadlines, set by the Court upon filing this action. For this reason, the Parties are requesting this Court to move the Case Management Conference to August 28, 2018 and re-set related dates accordingly.

6. I do not believe any party will be prejudiced by the granting Defendant an extension and continuing the Initial Case Management Conference and related deadlines, as set forth in the Parties' stipulation.

  /s/ David E. Mastagni
DAVID E. MASTAGNI

**ORDER**

IT IS SO ORDERED THAT:

1. Defendant's time to respond to Plaintiff's Complaint shall be extended to August 10, 2018;

2. The Initial Case Management Conference shall be continued to August 28, 2018 at 2:00 p.m.; and

3. The Parties must meet and confer per Federal Rule of Civil Procedure 26(f) and must file the Joint Case Management Statement not less than seven (7) calendar days prior to the Case Management Conference.

Dated: 6/28/2018

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge