DAVID E. MASTAGNI (SBN 204244)
ISAAC S. STEVENS (SBN 251245)
ACE T. TATE (SBN 262015)
IAN B. SANGSTER (SBN 287963)
**MASTAGNI HOLSTEDT**
*A Professional Corporation*
1912 I Street
Sacramento, California 95811-3151
Telephone: (916) 446-4692
Facsimile: (916) 447-4614
davidm@mastagni.com
istevens@mastagni.com
atate@mastagni.com
isangster@mastagni.com

Attorneys for Plaintiffs

MORIN I. JACOB (SBN 204598)
RICHARD C. BOLANOS (SBN 111343)
LISA S. CHARBONNEAU (SBN 245906)
**LIEBERT CASSIDY WHITMORE**
135 Main Street, 7th Floor
San Francisco, CA 94105
Telephone: (415) 512-3000
Facsimile: (415) 856-0306
mjacob@lcwlegal.com
rbolanos@lcwlegal.com
lcharbonneau@lcwlegal.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BURRIS, on behalf of himself and all similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF PETALUMA,<br><br>Defendant. | Case No. 4:18-cv-02102-HSG<br><br>Complaint Filed: April 6, 2018<br><br>**COLLECTIVE ACTION - 29 U.S.C. 216(b)**<br><br>**STIPULATION AND ORDER RE: FURTHER EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT, RE-SET CASE MANAGEMENT DATES** |

TO THE COURT AND ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

1     WHEREAS, this putative collective action was filed on April 6, 2018, asserting the City of Petaluma, the named Defendant in this action, violated the overtime payment provisions of the Fair Labor Standards Act ("FLSA");

    WHEREAS, the City was served the Summons and Complaint on April 16, 2018;

    WHEREAS, pursuant to stipulation and order, the City's response to the Complaint is presently due on or by December 21, 2018 (see Dkt. No. 28);

    WHEREAS, the Parties have been engaged in substantive settlement discussions in an effort to resolve this action, including the City providing Plaintiffs with payroll records and other information pertinent to their claims, and attending an informal settlement conference on July 17, 2018;

    WHEREAS, this Court issued an order referring this case to Magistrate Judge Jacqueline Scott Corley for settlement proceedings on October 22, 2018 (see Dkt. No. 29);

    WHEREAS, the Parties participated in a telephone conference with Judge Corley on November 26, 2018 during which time the settlement conference was set for January 31, 2019 (see Dkt. No. 30);

    WHEREAS, the Parties agree that the City should be permitted to file a response to Plaintiffs' Complaint on February 21, 2019, which is sufficiently subsequent to the Parties' Settlement Conference to enable the Parties to focus their resources on the settlement of this action;

    WHEREAS, the Parties agree that the initial Case Management Conference, currently set for January 15, 2019, should be moved to a date subsequent to February 21, 2019 – the proposed new date for City to respond to Plaintiffs' Complaint; and

    WHEREAS, pursuant to Local Rule 6-1(b), the Parties request a Court order extending the City's time to respond to the Complaint to February 21, 2019 and moving the initial Case Management Conference and related dates accordingly.

    THEREFORE, IT IS HEREBY STIPULATED by the Parties:

1) The City of Petaluma's time to file a response to Plaintiffs' Complaint shall be February 21, 2019;

2) The initial Case Management Conference is to be held on or after March 19, 2019, as the Court's calendar permits;

3) The Joint Case Management Statement must be filed not less than seven (7) calendar days prior to the Case Management Conference; and

4) The last day for the Parties to meet and confer per Federal Rule of Civil Procedure 26(f) be reset accordingly.

Respectfully Submitted:

Dated: December 13, 2018  **MASTAGNI HOLSTEDT, APC**

By: <u>/s/David E. Mastagni</u>
DAVID E. MASTAGNI
ISAAC S. STEVENS
ACE T. TATE
IAN B. SANGSTER
Attorneys for Plaintiff

Dated: December 13, 2018  **LIEBERT CASSIDY WHITMORE**

By: <u>/s/Morin I. Jacob</u>
MORIN I. JACOB
RICHARD C. BOLANOS
LISA S. CHARBONNEAU
Attorneys for Defendant

## **DECLARATION OF DAVID E. MASTAGNI**

I, DAVID E. MASTAGNI, declare as follows:

1. I am an attorney at law duly licensed to practice in the State of California and am specifically admitted to practice before the Northern District of California.

2. I am an attorney of record for Plaintiff in this action and make this declaration within my personal knowledge. If called upon to testify, I could and would testify competently with respect thereto.

3. Since June 2018, the Parties in this case have begun meaningful and concrete settlement discussions.

4. In furtherance of settlement discussions, Defendant has provided Plaintiffs with payroll records and other requested information pertinent to Plaintiffs' claims in the hopes of settling this matter without further litigation.

5. On July 17, 2018, the Parties met at Petaluma City Hall to discuss settlement of this case. The discussions were productive and the Parties continue to engage in meaningful and concrete settlement negotiations.

6. The Parties now seek additional time to meaningfully explore early settlement of this matter with the assistance of Magistrate Judge Jacqueline Scott Corley, who set a date of January 31, 2019 for a full-day settlement conference with the Parties.

7. Prior to this, the Parties stipulated to extend the Defendant's time to respond to Plaintiffs' Complaint from May 7, 2018 to July 6, 2018, again stipulated to extend the Defendant's time to respond to Plaintiffs' Complaint from July 6, 2018 to August 10, 2018, again stipulated to extend Defendant's time to respond to Plaintiffs' Complaint from August 10, 2018 to October 26, 2018, and then again stipulated to extend Defendant's time to respond to Plaintiffs' Complaint from October 26, 2018 to December 21, 2018.

5. This extension, if granted, will impact the currently scheduled Case Management Conference, and related deadlines, set by the Court upon filing this action. For this reason, the Parties are requesting this Court to move the Initial Case Management Conference to March 19, 2019 and re-set related dates accordingly.

6. I do not believe any party will be prejudiced by granting Defendant an extension and continuing the Initial Case Management Conference and related deadlines, as set forth in the Parties' stipulation.

                                              */s/David E. Mastagni*
                                              DAVID E. MASTAGNI

# **ORDER**

IT IS SO ORDERED THAT:

1. Defendant's time to respond to Plaintiffs' Complaint shall be extended to February 21, 2019;

2. The Initial Case Management Conference shall be continued to March 19, 2019 at 2:00 p.m.; and

3. The Parties must meet and confer per Federal Rule of Civil Procedure 26(f) and must file the Joint Case Management Statement not less than seven (7) calendar days prior to the Initial Case Management Conference.

Dated: December 14, 2018

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge