IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BURRIS, on behalf of himself and all similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF PETALUMA,<br><br>Defendant. | Case No. 4:18-cv-02102-HSG<br><br>Complaint Filed: April 6, 2018<br><br>COLLECTIVE ACTION - 29 U.S.C. 216(b)<br><br>**ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PRJEUDICE** |

**ORDER**

The Court has carefully reviewed the Settlement Agreement, the Joint Stipulation for Approval of Settlement Agreement and Dismissal of Case, and the declarations submitted in support thereof. Based upon a review of the record, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The Settlement Agreement submitted to the Court as Exhibit A to the Declaration of David E. Mastagni, which is incorporated herein by reference, is approved as fair, reasonable and just in all respects as to the Plaintiffs, including the award of attorneys' fees and costs;

2. Plaintiffs and Defendant City of Petaluma ("Defendant") (collectively "Parties")

shall fully abide by and perform the Settlement Agreement in its entirety and in accordance with its terms;

3. The Court reserves jurisdiction over the above-captioned matter for the purposes of enforcing the Settlement Agreement only;

4. The Court has made no findings or determinations regarding the law, and none of the materials or documents prepared or submitted in support of the Parties' Joint Stipulation for Approval of Settlement and Dismissal of Case shall constitute evidence of, or any admission of, any violation of law;

5. Judgment is entered in this Action and this Action is hereby dismissed WITH PREJUDICE.

IT IS SO ORDERED.

DATED: 6/28/2019

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE